United States Courts
Southern District of Texas
FILED

*May 13, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | |
| **(1) CALVIN THOMAS**, | Case No. **4:26cr284** |
| **(2) CHRISTOPHER FLOWERS**, | |
| and | |
| **(3) JERMARCUS DOTSON**, | |
| Defendants. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, Sections 2119 and 2—Aiding and Abetting Carjacking

On or about January 20, 2026, in the Houston Division of the Southern District of Texas,

**CALVIN THOMAS,**
**CHRISTOPHER FLOWERS,**
and
**JERMARCUS DOTSON,**

defendants herein, aiding and abetting each other and others known and unknown to the Grand

Jury, with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle,

namely, a Peterbilt Motors Co. truck and trailer, that had been transported, shipped, and received

Page **1** of **3**

in interstate and foreign commerce, from the person and in the presence of another, namely, Z.T., whose full name is known to the Grand Jury, by force, violence and intimidation.

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT TWO

Title 18, United States Code, Sections 924(c)(1)(A) (ii) and 2—Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about January 20, 2026, in the Houston Division of the Southern District of Texas,

**CALVIN THOMAS**,
**CHRISTOPHER FLOWERS**,
and
**JERMARCUS DOTSON**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Carjacking.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT THREE

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Kidnapping

On or about January 20, 2026, and continuing to on or about January 21, 2026, in the Houston Division of the Southern District of Texas,

**CALVIN THOMAS**,
**CHRISTOPHER FLOWERS**,
and
**JERMARCUS DOTSON**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for some ransom,

reward, or other purpose, to wit: to obtain United States Currency and other personal property belonging to another, Z.T., whose full name is known to the Grand Jury, and, in committing or in furtherance of the commission of the offense used cellular telephones, vehicles, and interstates, all means, facilities, and instrumentalities of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924(c) and as charged in the indictment, are subject to forfeiture, including, but not limited to, the following:

1. A Ruger pistol bearing serial number 452-86654; and

2. Any accompanying magazines and ammunition.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

BY:  _____
Jill Jenkins Stotts
Assistant United States Attorney